THE STATE EX REL. GILREATH, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Gilreath v. Indus. Comm.,*
96 Ohio St.3d 160, 2002-Ohio-3927.]

(No. 2002–0029—Submitted June 26, 2002—Decided August 14, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would issue a limited writ.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Betty D. Montgomery, Attorney General, and Dennis H. Behm, Assistant Attorney General, for appellee.